IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30830
Summary Calendar
_____

ANITA ROCHELLE LONG,

Plaintiff-Appellant,

versus

JOHN EILAND; ET AL.,

Defendants,

JOHN EILAND; CITY OF SHREVEPORT,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(USDC No. 99-CV-1374)

_____
January 2, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:*

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

The district court judgment for Gary Alderman and the City of Shreveport is affirmed for the reasons given by the court in its memorandum ruling of June 5, 2000. The judgment for John Eiland is vacated for the reason that no motion for summary judgment was filed by him, and Anita Long was not required to raise issues of dispositive fact. The case is remanded for further proceedings and the opportunity for Anita Long to raise the issues of state action and equal protection violation by Eiland.

Affirmed in Part; Reversed and Remanded in Part.